No. 07-23-00082-CR

Ex parte Cedric Dewayne McNeal § Original Proceeding

§ March 15, 2023

§ Opinion Per Curiam

§

**J U D G M E N T**

Pursuant to the opinion of the Court dated March 15, 2023, it is ordered, adjudged, and decreed that this application for writ of habeas corpus be dismissed for want of jurisdiction.

o O o